City of Springfield, a Municipal Corporation, Plaintiff-Appellee, v. Dorothea Sager and Helen Runyan, Trustees Under Trust Agreement Dated February 15, 1951, and Carleton Company, a Delaware Corporation, Defendants-Appellants, and Related Causes.

Gen. No. 10,956. (Abstract of Decision.)

Fourth District.
September 3, 1969.

Graham & Graham, and Brunsman, Beam & Crain, of Springfield, for appellants; W. J. Simhauser, and I. J. Feuer, of Springfield, for appellee. Opinion by PRESIDING JUSTICE GOLDENHERSH. Not to be published in full.